# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Haffner,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>    Defendant. | No. CV-16-01680-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice (Doc. 13),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 13) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 18th day of August, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge